# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL NELSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIV-11-190-FHS-KEW |
| DAVID PARKER, Warden, | ) ) ) |
| Respondent. | ) |

## OPINION AND ORDER

Petitioner has filed a petition for a writ of habeas corpus, which the court construed as arising under 28 U.S.C. § 2241. A § 2241 petition attacks the execution of a sentence and must be filed in the district where the petitioner is confined. *Haugh v. Booker*, 210 F.3d 1147, 1149 (10th Cir. 2000); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996). Because petitioner is incarcerated at James Crabtree Correctional Center in Helena, Oklahoma, which is located within the territorial jurisdiction of the Western District of Oklahoma, this action must be transferred to that district.

**ACCORDINGLY,** the Court Clerk is directed to transfer this matter in the interest of justice to the Western District of Oklahoma. *See* 28 U.S.C. § 1404(a).

**IT IS SO ORDERED** this 7th day of June, 2011.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma